PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Shareek Colson  Cr.: 20-00805-001
PACTS #: 51928

Name of Sentencing Judicial Officer:   THE HONORABLE FREDERICK P. STAMP JR.,
UNITED STATES DISTRICT JUDGE (ND/WA)

Name of Assigned Judicial Officer :   THE HONORABLE SUSAN D. WIGENTON,
UNITED STATES DISTRICT; (D/NJ)

Date of Original Sentence: 10/08/2008

Original Offense:   Aiding and Abetting the Possession with Intent to Distribute Heroin: 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

Original Sentence: 168 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/05/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The individual under supervision has violated the special supervision condition which states **'The defendant shall participate in a program of testing and treatment for the use of alcohol or drugs, if so ordered by the Probation Officer.'**

On January 19, 2022, the individual under supervision admitted to the probation officer he has been smoking marijuana. On that date the undersigned requested a urine sample from Colson, but he was unable to provide the same. Upon further questioning, Colson admitted smoking marijuana on a daily basis and signed an admission of drug use form.

U.S. Probation Officer Action:

Colson advised he was smoking marijuana to assist with back pain. He was verbally reprimanded and reminded that marijuana remains a federally illegal substance. The undersigned spoke at length with Colson regarding marijuana and his ability to cease its use. Colson contends he can refrain

Prob 12A – page 2
Shareek Colson

from the use of marijuana without the assistance of a treatment program. Prior to this, Colson has not tested positive for the use of marijuana since supervision commenced. The probation officer recommends no Court action be taken at this time. Given his assertions, Colson will be afforded the opportunity to cease the use of marijuana. The undersigned will continue to test Colson for the use of substances, and should he continue to use marijuana, Colson will be referred to a substance use treatment program.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:   MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*          1/20/22

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

January 20, 2022
Date